February 2, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN MARSHALL HARLAN AND CAROLE V. HARLAN, Appellant

NO. 14-11-00683-CV                    V.

NANCY HOLMES AND DON HOLMES, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 20, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JOHN MARSHALL HARLAN AND CAROLE V. HARLAN.

We further order this decision certified below for observance.